IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:05MJ111 |
| v. | : | |
| DAVID EDWARD BROWN | : | <u>ORDER OF DISMISSAL</u><br><u>WITHOUT PREJUDICE</u> |

Upon Motion of the United States of America, and for good cause shown, the within action is hereby Dismissed without Prejudice.

June 1, 2005

                                                s/Sharon L. Ovington
                                                Sharon L. Ovington
                                       United States Magistrate Judge

cc:     Sheila G. Lafferty, AUSA
           Michael Monta, Esq.
           Marshal
           Pretrial
           Probation